UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK SHOTGUN,<br><br>               Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No.  05-CV-5008-MWL<br><br>ORDER FOR STIPULATED REMAND |

The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 19).  The parties have consented to proceed before a magistrate judge.  (Ct. Rec. 7).  After considering the stipulation

**IT IS ORDERED** that the above -captioned case be remanded to the Commissioner for further administrative proceedings.  Upon remand, the Administrative Law Judge (ALJ) will obtain updated records from treating sources.  The ALJ will also obtain a consultative orthopedic evaluation to assess whether Plaintiff has limitations affecting the use of his left hand.  The ALJ will obtain a consultative mental examination, and then assess the severity of effects, if any, of Plaintiff's alleged depressive disorder.  The

ORDER FOR STIPULATED REMAND - 1

ALJ will further assess Plaintiff's maximum residual functional capacity, including any limitation relative to Plaintiff's use of a cane for ambulation, and provide a narrative discussion explaining how the evidence supports each finding. SSR 96-8p. The ALJ will obtain testimony from a vocational expert to clarify the effect of Plaintiff's exertional and non-exertional limitations on Plaintiff's ability to make vocational adjustment to other work.

The court reverses the Commissioner's decision under sentence four of 42 U.S.C. 405(g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:** Judgment shall be entered for the **PLAINTIFF**. An application for attorney fees may be filed by separate motion. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED this 23rd day of September 2005.

                              S/ Michael W. Leavitt
                              MICHAEL W. LEAVITT
                   UNITED STATES MAGISTRATE JUDGE

ORDER FOR STIPULATED REMAND - 2